■ In the Matter of ORANGE COUNTY, Respondent. DYNAMIC PLUMBING & HEATING Co., INC., Appellant. [665 NYS2d 519] —Appeal by Dynamic Plumbing & Heating Co., Inc., from an order of the Supreme Court, Orange County (Palella, J.), dated July 31, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Palella at the Supreme Court. Miller, J. P., O'Brien, Santucci and Altman, JJ., concur.